# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NEDJO MILOSEVIC,<br><br>        Defendant. | Case No. 1:18-cv-08346<br><br>Judge Elaine E. Bucklo |

## CONSENT JUDGMENT REVOKING NATURALIZATION

The Court having considered the complaint filed by the United States of America ("United States") against Defendant Nedjo Milosevic ("Mr. Milosevic") (ECF No. 1), and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; the parties having filed a joint motion for entry of consent judgment ("Joint Motion"); and Mr. Milosevic having admitted that he illegally procured his naturalization as described in Count Four of the Complaint; it is hereby ORDERED, ADJUDGED, and DECREED as follows.

    (1)    The Joint Motion is GRANTED;

    (2)    In accordance with the Joint Motion, judgment is ENTERED in favor of the United States and against Mr. Milosevic on Count Four, and the remaining counts are dismissed as moot;

    (3)    The Court FINDS and DECLARES that Mr. Milosevic illegally procured his U.S. citizenship;

    (4)    The order admitting Mr. Milosevic to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, November 2, 2004;

    (5)    Certificate of Naturalization No. 28556900 is CANCELED, effective as of the original date of the certificate, November 2, 2004;

(6) Mr. Milosevic is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his November 2, 2004 naturalization;

(7) Mr. Milosevic shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to counsel for the United States, John J. W. Inkeles.

(8) The Parties shall appear in person for a compliance hearing on October 26, 2022, at 10:00 a.m.

IT IS SO ORDERED:

DATED at Chicago, Illinois, this 11th day of October, 2022.

*Elaine E. Bucklo*
The Honorable Elaine Bucklo
United States District Judge